No. 444. O'KEITH v. JOHNSTON, WARDEN. November 9, 1942. Motion for leave to proceed *in forma pauperis* granted. Petition for writ of certiorari to the Cir-

cuit Court of Appeals for the Ninth Circuit denied. *Charles O'Keith, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* for respondent.